■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM W. NUNEMAKER, Appellant.— Motion to dismiss appeal from order of April 13, 1959 denied; motion to appeal as poor person, etc. from order of June 23, 1959 denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BRYAN, Appellant.— Motion to appeal as a poor person, etc. denied; motion to dismiss appeal granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GINO TRINCI, Appellant.— Motion granted to appeal on original papers, five typed briefs, and John Condon, Jr., Esq., of Buffalo assigned as attorney to conduct appeal; motion to dismiss appeal denied.

(September 28, 1959)

■ CHILI TRADING POST, INC., Appellant, v. FRANK W. MOFFETT, Respondent.— Order affirmed, without costs of this appeal to either party. Memorandum: Under the circumstances we believe that the questions raised by the motion to strike out the affirmative defense should await determination upon the trial. All concur. (Appeal from an order of Monroe Special Term denying plaintiff's motion to strike out an affirmative defense in defendant's answer as insufficient in law and sham and to make the answer more definite and certain.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM AMATO, Appellant.— Order affirmed. All concur. (Appeal from an order of Onondaga County Court denying defendant's motion to vacate judgment of conviction.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of DANA G. WAGER, Petitioner, against WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination annulled, with $50 costs and disbursements and Commissioner of Motor Vehicles directed to restore petitioner's operator's license, upon the ground that the determination that the petitioner was guilty of reckless driving was not supported by substantial evidence. We also note that the findings of fact were not sufficient to support the determination. All concur. (Review of the action of the Commissioner of Motor Vehicles in revoking petitioner's operator's license, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ ADAM RADLOWSKI et al., Respondents, v. JOSEPH ODDI et al., Appellants.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Erie Special Term reversing an order of Buffalo City Court, which dismissed plaintiffs' complaint in an action for money had and received.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.